### 229.  PATMAN v. McCORD.

HILL, C. J. Following the uniform ruling of the Supreme Court, the judgment of the trial court in awarding a first new trial will not be disturbed by this court, unless the verdict was demanded under the law and the evidence.                    *Judgment affirmed.*

Action for damages, from city court of Atlanta—Judge Reid. January 7, 1907.

Argued March 26,—Decided May 16, 1907.

*Lowndes Calhoun,* for plaintiff.

*John B. Suttles, John A. Boykin,* for defendant.